AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:16 MJ 2128 |
| Erick Jamal Hendricks | ) | |
| | ) | MAG. JUDGE McHARGH |
| Defendant | ) | |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Erick Jamal Hendricks,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 2339B(a)(1):    Conspiracy to Provide Material Support to a Designated Terrorist Organization

Date: 8/3/16

*Issuing officer's signature*

City and state:  Cleveland, Ohio

Kenneth S. McHargh, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/3/16, and the person was arrested on *(date)* 8/4/16
at *(city and state)* Charlotte, NC.

Date: 8/4/16

Conyers for the FBI
*Arresting officer's signature*

L. Conyers / USMS
*Printed name and title*